1  **ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JERRY BURNS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000157 LJO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE** |
| JERRY L. BURNS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Status Conference currently scheduled for September 5, 2008, at 9:00 a.m. be continued to **September 12, 2008, at 9:00 a.m.** before the Honorable LAWRENCE J. O'NEILL.

This request is based upon the fact that counsel for the Defendant is currently scheduled to meet with IRS agents and attorneys in Oakland, California, on another matter, on September 5, 2008, at 11:00 a.m., which meeting he is not able to re-schedule.

Counsel for Defendant has been in touch with Mr. Mark J. McKeon of the United States Attorney's Office, who has no

objection to such a short continuance.

It is your Declarant's opinion that a short continuance such as requested shall not prejudice any party concerned with this matter.

DATED: August 26, 2008.

```
                                    NUTTALL & COLEMAN

                                    By:  /s/
                                        ROGER T. NUTTALL
                                        Attorneys for Defendant
                                        JERRY L. WILLIAM



                                    By: /s/
                                        MARK J. McKEON
                                        Assistant U.S. Attorney
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Good cause appearing,

The Status Conference currently scheduled on September 5, 2008, at 9:00 a.m. is continued to **September 12, 2008, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   August 26, 2008**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2