**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JERRY BURNES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000157 LJO |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE HEARING; AND ORDER OF DENIAL** |
| JERRY L. BURNES | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference hearing currently scheduled for November 14, 2008, at 9:00 a.m. be continued to **December 5, 2009, at 9:00 a.m.** before the Honorable LAWRENCE J. O'NEILL.

Counsel for Defendant has been in touch with Assistant United States Attorney Mark J. McKeon of the United States Attorney's Office, who has no objection to such a short continuance. This continuance is requested as the parties are attempting to reach a mutually agreeable settlement and, as such, they desire more time in which to do so.

It is your Declarant's opinion that a short continuance such

as requested shall not prejudice the court or any party concerned with this matter.

DATED: November 10, 2008.

                                          NUTTALL & COLEMAN

                                          By:  /s/
                                                  ROGER T. NUTTALL
                                                  Attorneys for Defendant
                                                  JERRY L. BURNES

                                          By: /s/
                                              MARK J. McKEON
                                              Assistant U.S. Attorney

                            **************

## **O R D E R**

The request itself is disappointing. At the 5th status conference (that was held some 5 weeks ago on October 1st), both counsel represented to the Court that setting the matter out to November 14th would be plenty of time, either to settle the case or to choose a trial date. There is nothing in the stipulation to address why that assurance is not being kept. Without an explanation, good cause is absent. Request DENIED.

IT IS SO ORDERED.

**Dated:   November 10, 2008**         /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE