**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JERRY BURNS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JERRY L. BURNS,<br><br>    Defendant. | Case No.: 1:08-CR-000157 LJO<br><br>**STIPULATION RE:**<br>**CONTINUANCE OF SENTENCING**<br><br>**And**<br><br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for June 26, 2009, at 8:00 a.m. be continued to **July 31, 2009, at 8:00 a.m.** before the Honorable LAWRENCE J. O'NEIL.

This request is based upon the fact that counsel needs additional time for preparation of the informal objections which are presently due on June 5, 2009.

Counsel for Defendant has been in touch with Mr. Mark J. McKeon of the United States Attorney's Office, who has no objection to such a short continuance.

It is your Declarant's opinion that a short continuance such

as requested shall not prejudice any party concerned with this matter.

DATED: June 3, 2009.

                NUTTALL & COLEMAN

                By: /s/
                    ROGER T. NUTTALL
                    Attorneys for Defendant
                    JERRY L. WILLIAM

DATED: June 3, 2009

                By: /s/
                    MARK J. McKEON
                    Assistant U.S. Attorney

**************

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on June 26, 2009, at 8:00 a.m. is continued to **July 31, 2009, at 8:00 a.m.**

IT IS SO ORDERED.

**Dated:   June 4, 2009**　　　　　　　/s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE