Recommendation Terminating Probation/Supervised Release
Prior to Expiration Date

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No: 1:08CR00157-001 |
| JERRY L. BURNES | ) | |
| | ) | |

## LEGAL HISTORY:

On September 25, 2009, the above-named was placed on Probation for a period of 4 years, in reference to the offense of 18 USC 1341, Mail Fraud and 26 USC 7206(1), Making and Subscribing a False Return, Statement or Other Document. Supervision commenced on September 25, 2009. Special conditions included a requirement for warrantless search, not to dispose of assets, financial disclosure, not open lines of credit without probation officer approval, cooperate with the Internal Revenue Service, 3,000 hours of community service, and 6 months in a residential community center..

## SUMMARY OF COMPLIANCE:

Mr. Burnes has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer the probationer has derived maximum benefit from supervision and is not in need of continued supervision.

Rev. 12/2012
EARLY TERMINATION ~ RECOMMENDATION.WPD

Re:     Jerry L. BURNES
        Docket No.:  1:08CR00157-001
        **RECOMMENDATION TERMINATING**
        **PROBATION/SUPERVISED RELEASE**
        <u>**PRIOR TO EXPIRATION DATE**</u>


<u>**RECOMMENDATION:**</u>


It is, therefore, respectfully recommended that Probation in this case be terminated early.


                    Respectfully submitted,


                    /s/ Frank Esquivel


                    **FRANK ESQUIVEL**
              **Senior United States Probation Officer**

Dated:          April 18, 2013
                Bakersfield, California
                FE:dk


                **/s/ Thomas A. Burgess**
**REVIEWED BY:** _____
                **THOMAS A. BURGESS**
                **Supervising United States Probation Officer**


cc:     AUSA - Mark J. McKeon, (Pursuant to Rule 32, notice of proposed relief to the
        probationer/supervisee is being provided.  If no objection is received from you within 14
        days, the probation officer's Recommendation and Prob35 – Report and Order Terminating
        Probation/Supervised Release Prior to Expiration Date, will be submitted to the Court for
        approval.)


IT IS SO ORDERED.

**Dated:  __May 6, 2013__          ___/s/  Lawrence J. O'Neill___**
                              UNITED STATES DISTRICT JUDGE

Rev. 12/2012
EARLY TERMINATION ~ RECOMMENDATION.WPD